# Court of Appeals, State of Michigan

# ORDER

In re Murphy/Tirado Minors

Docket No. 346310

LC No. 17-001075 NA

Michael J. Kelly
Presiding Judge

Jane E. Markey

Elizabeth L. Gleicher
Judges

The Court orders that the July 11, 2019 opinion is hereby AMENDED to correct a clerical error. The opinion caption is corrected to reflect that the Ingham Circuit Court Family Division Docket Number is 17-001075-NA.

In all other respects, the July 11, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 2 5 2019
_____
Date

_____
Chief Clerk